UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Thu Anh Le, et al.
             Plaintiff,

v.                                                   Case No.: 1:16‑cv‑05253
                                                     Honorable Sara L. Ellis

Daniel K. Diehl, et al.
             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 9, 2016:

　　　MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 11/9/2016. Plaintiff is ordered to designate and file appearance of local counsel by 11/23/16. Briefing schedule on motion to dismiss: Plaintiff's response is due by 11/16/16; Defendant's reply is due by 11/23/16. Next status date set for 2/23/17 at 1:30 PM for ruling on motion to dismiss. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.