UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| THU ANH LEE and MICHELLE LEE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No.   16-cv-5253 |
| | ) | Judge Ellis |
| | ) | Magistrate Judge:  Rowland |
| DANIEL K. DIEHL, and HUNG V. NGUYEN, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT, HUNG V. NGUYEN'S MOTION FOR
PARTIAL SUMMARY JUDGEMENT
ON COUNT II SEEKING PUNITIVE DAMAGES**

NOW COMES the defendant, HUNG V. NGUYEN, by and through his attorneys, LAW OFFICES OF LEE J. SCHOEN, and pursuant to Fed. R. Civ. P. 56, moves this court for Partial Summary Judgment on Count II of plaintiff's Complaint seeking punitive damages against him, and states as follow:

1.   This case arises out of a motor vehicle accident where plaintiffs are seeking recovery for personal injuries.

2.   Plaintiffs in their Complaint, have a Count that alleges negligence against this defendant.

3.   Count II of Plaintiffs Complaint purports to allege a claim for punitive damages against defendant, HUNG V. NGUYEN.

4.   The co-defendant, DAVID R. DIEHL, has also filed a Motion for Summary Judgment in regard to the punitive damages claims filed against him.  This defendant adopts co-defendant's Statement of Uncontested facts, Memorandum of Law, and attached documents.

1

5. Count II of plaintiff's Complaint alleges speeding by this defendant and running a red light (See Complaint Doc 1, Count II)

6. This Court should grant summary judgment as to the punitive damages Count II, as there is no evidence to demonstrate that defendant, HUNG V. NGUYEN's actions rose to such level of egregious conduct to justify punitive damages under the applicable legal standings. Further, no testimony exists as to his speeding. The video speaks for itself.

7. In further support of his Motion, defendant, HUNG V. NGUYEN adopts the Memorandum of Law filed by co-defendant, and co-defendant's Statement of Uncontested Facts pursuant to Local Rule 56.1. The law is clear that defendant, HUNG V. NGUYEN's actions, even if poor, do not give rise to an action for punitive damages

WHEREFORE, defendant, HUNG V. NGUYEN, prays this Honorable Court grant Summary Judgment in his favor as to Count II of plaintiff's Complaint and grant such other and further relief as the Court deems just.

    LAW OFFICES OF LEE J. SCHOEN

    By: \s\Lee J. Schoen
          LEE J. SCHOEN

LAW OFFICES OF LEE J. SCHOEN
Attorney for Defendant
200 W. Adams - Suite 2175
Chicago, IL 60606
Phone: (312) 726-5151
Fax: (312) 726-0884