UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THU ANH LEE and MICHELLE LEE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 16-cv-5253 |
| ) | Judge Ellis |
| ) | Magistrate Judge: Rowland |
| DANIEL K. DIEHL, and HUNG V. ) | |
| NGUYEN, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO: David P. Rimi, 956 N. Esther Street, Porterville, CA 92357
(Colin) Kha Nguyen, Allied Law Counsel, P.O. Box 7335, Chicago, IL 60680
Stuart N. Rappaport, Richard Waller, Lindsay, Rappaport & Postell, LLC, 10 South LaSalle Street, Suite 1301, Chicago, IL 60603

On January 10, 2018, at 9:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Presiding Judge or any Judge sitting in her stead, in the courtroom usually occupied by her in Room 1403 of the United States District Court, Northern District of Illinois, Eastern Division, Chicago, Illinois, and there and then present *defendant Hung V. Nguyen's Motion for Partial Summary Judgment as to Count II Seeking Punitive Damages* a copy of which is served upon you.

HUNG V. NGUYEN

By: \s\ Lee J. Schoen
LEE J. SCHOEN

Law Offices of Lee J. Schoen
200 W. Adams, Suite 2175
Chicago, IL 60606
Telephone: (312) 726-5151

## PROOF OF SERVICE BY ELECTRONIC FILING

The undersigned a non-attorney certifies that the attached documents were served on the party(ies) as above addressed by electronic filing with the Clerk of the United States District Court on the 26th day of December, 2017.

\s:\Kathy Van Bruggen
KATHY VAN BRUGGEN
Under penalties as provided by law pursuant
to ILL. REV. STAT. CHAP. 110 §1-109, I
certify that the statements set forth herein
re true and correct.