57.3292

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| THU ANH LE, <br> MICHELLE LE <br>                    *Plaintiff,* <br>     vs. <br><br> DANIEL K. DIEHL, <br> HUNG V. NGUYEN <br>                   *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No.   16 CV 5253 |

## **NOTICE OF MOTION**

To:   David P. Rimi                          (Colin) Kha Nguyen
       David P. Rimi, II                    Allied Law Council
       10322 Eleanor Drive              P.O. Box 7335
       Garden Grove, CA 92840      Chicago, IL 60680

       Lee J. Schoen
       Schoen, Mangan & Smith, Ltd.
       200 West Adams, Suite 1005
       Chicago, IL  60606

    On **January 31, 2018** at **9:45 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Judge Sara L. Ellis, the courtroom usually occupied by her in **Room 1403** of the United States District Court, Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present ***Defendant, Daniel K. Diehl's Motion to Enforce Settlement,*** a copy of which is served upon you.

                                                                   /s/ Stuart N. Rappaport

Stuart N. Rappaport
Richard Waller
Lindsay, Pickett, Rappaport & Postel, LLC
10 S. LaSalle Street, Suite 1301
Chicago, IL  60603
(312) 800-6033
srappaport@lprp-law.com
rwaller@lprp-law.com
Attorneys for Defendant, Daniel K. Diehl

## CERTIFICATE OF SERVICE

I, Stuart N. Rappaport, certify that on January 18, 2018, I electronically filed the ***Defendant, Daniel K. Diehl's to Enforce Settlement*** with the Clerk of the Court using the CM/ECF system, which will send notification to counsel of record and via First Class Mail listed below:

David P. Rimi
David P. Rimi, II
10322 Eleanor Drive
Garden Grove, CA 92840
Phone: 714-262-1963
Fax:    612-465-3546
Email: davidrimi2@outlook.com
***Attorney for Plaintiffs***

 (Colin) Kha Nguyen
Allied Law Council
P.O. Box 7335
Chicago, IL 60680
Phone: 773-231-7573
Fax:
Email: Cnguyen@AlliedLawCouncil.com
***Designated Lead Counsel for Plaintiffs***

Lee J. Schoen
Schoen, Mangan & Smith, Ltd.
200 West Adams, Suite 1005
Chicago, IL  60606
Phone:  (312) 726 5151
Fax:
Email: lschoen@schoenmslaw.com
***Attorney for Hung V. Nguyen***

                                                  By: /s/ Stuart N. Rappaport