UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THU ANH LE,<br>MICHELLE LE<br>              Plaintiff(s),<br>vs.<br>DANIEL K. DIEHL,<br>HUNG V. NGUYEN<br>              Defendant(s) | No. 16 cv 5253<br>Judge Sara Ellis |

**PLAINTIFFS' LOCAL RULE 56.1(b)(3)(B) RESPONSE TO DEFENDANT NGUYEN'S RULE 56.1(a)(3) STATEMENT OF UNDISPUTED MATERIAL FACTS AND LOCAL RULE 56.1(b)(3)(C) STATEMENT OF ADDITIONAL FACTS**

Plaintiffs Thu Anh Le and Michelle Le, by their attorney, David P. Rimi, respectfully submits its Local Rule 56.1(b)(3)(B) Response to Defendant Nguyen's Local Rule 56.1(a)(3) Statement of Undisputed Material Facts [1]. Additionally, Plaintiffs submits its Local Rule 56.1(b)(3)(C) Statement of Additional Material Facts.

**I.    PLAINTIFFS' LOCAL RULE 56.1(b)(3)(A) RESPONSE**

6.    Plaintiffs were passengers in a vehicle operated by Defendant Nguyen driving Northbound on Interstate 41 at or near Delany Road in the village of Gurnee, County of Lake and State of Illinois on or about May 19, 2014. (Complt. Doc. 1, Answer, Doc. 25, ¶ ¶ 8, 10).

**Response:**    Undisputed

7.    Defendant Diehl was operating a vehicle on Interstate 41 with the intent of making a left turn onto Delany Road. (Complt, Doc. 1, Answer, Doc. 25, ¶ ¶ 23-24).

**Response:**    Undisputed

---

[1] Defendant Nguyen, in his motion for partial summary judgment on Count II of Plaintiff's complaint, adopts Defendant Diehl's Statement of Uncontested facts, Memorandum of Law, and attached documents. (Def.'s MPSM ¶¶ 4, 7)

8. The vehicles operated by Defendant Nguyen and Defendant Diehl thereby were involved in a motor vehicle accident. (Complaint, Doc. 1; Answer, Doc. 25, at ¶ ¶ 1, 14, 28)

**Response:** Undisputed

9. Plaintiff Thu Anh Le testified that she does not recall when she first knew she might be in an accident, as she was talking before the accident. (Deposition of Thu Anh Le, Exhibit A, at p. 16-17 l. 15-1). She does not recall who had the light at the subject intersection. (Thu Anh Le Dep, Exhibit A, p. 17 l. 2-5). She does not recall what kind of car struck Nguyen's vehicle. (Id., p 17 l. 9-10).

**Response:** Undisputed

10. Plaintiff Michelle Le testified that she was located in the backseat of Mr. Nguyen's vehicle. (Deposition of Michelle Le Dep., Exhibit B, p.10 l. 2-8). She was not paying attention while sitting in the back, and cannot recall the details of what caused the accident. (Exhibit B, Michelle Le Dep., p. 10 l. 18-23). She did not know "who had the light" or "who did what" because the first thing she knew about the accident was when she was hit. (Id., p. 11 l. 8-12).

**Response:** Undisputed

11. There was a "redflex" intersection video of the collision, that was produced by the Gurnee Police Department. (Plaintiff Rule 26 initial disclosure, Doc. 40). We can provide the court with this mpeg file on a CD; we expect plaintiff counsel will likewise do so. The video shows a collision between Mr. Nguyen's vehicle, as it attempts to proceed straight through the intersection northbound on Rt 41, and Mr. Diehl's vehicle, as it attempts to make a left turn from Southbound 41 on to Delaney Road. The video shows Mr. Diehl following a line of two cars that had made the left turn in front of him, and proceeding with that turn, on a yellow light.

**Response:** Undisputed

## II. PLAINTIFFS' LOCAL RULE 56.1(b)(3)(C) STATEMENT OF ADDITIONAL MATERIAL FACTS

Defendant Nguyen,

1. had a least four seconds from his proximity to the I-41/Delany intersection at the start of the intersection's yellow light and prior to entering the intersection (See Complaint Doc 1, ¶18; Redflex Video; Exhibit Redflex Collision Photo numbers 1 and 4 (1:16-cv-05253 Document #: 16-2);

2. was at least 380 feet away from the I-41/Delany intersection when the intersection's light turned yellow (See Complaint Doc 1, ¶19; Redflex Video);

3. with an unobstructed view of the I-41/Delany intersection, observed two southbound vehicles starting and completing their left turn onto Delany Road while the light was yellow. (See Complaint Doc 1, ¶20b; Redflex Video; Exhibit Redflex Collision Photo numbers 2 and 3 (1:16-cv-05253 Document #: 16-2);

4. and yet continued his pace to beat the red light even though he observed Defendant Diehl starting his left turn onto Delany Road when the light turned yellow (See Complaint Doc 1, ¶20b; Redflex Video; Exhibit Redflex Collision Photo numbers 4 (1:16-cv-05253 Document #: 16-2);

5. knew prior to running the red light that in doing so could and would cause great bodily injury and other damages to Plaintiffs (See Complaint Doc 1, ¶20c; Redflex Video; (See Complaint Doc 1, ¶20b; Redflex Video; Exhibit Redflex Collision Photo numbers 2 and 3 (1:16-cv-05253 Document #: 16-2); and

6. with said knowledge consciously and willful choose to enter the I-41/Delany intersection against the red light that was observable from three points of the intersection and as a result caused the injuries to the Plaintiffs. (See Complaint Doc 1, ¶20c; Redflex Video; Exhibit Redflex Collision Photo numbers 2 and 3 (1:16-cv-05253 Document #: 16-2).

Dated this 25th day of in January, 2018

                                                    Respectfully Submitted,

                                                    /s/David Rimi
                                                    Attorney for Plaintiffs
                                                    Thu Anh Le
                                                    Michelle Le

David P. Rimi, Attorney at Law
946 N. Esther Street
Porterville, CA 93257
(213) 928-6139
davidrimi2@outlook.com

*Designated local council:*
(Colin) Kha Nguyen
Allied Law Council
P.O. Box 7335
Chicago, Illinois 60680
(773) 231-7573
Cnguyen@AlliedLawCouncil.com