## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Thu Anh Le, et al.
                     Plaintiff,

v.                                           Case No.: 1:16–cv–05253
                                                          Honorable Sara L. Ellis

Daniel K. Diehl, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 1, 2018:

      MINUTE entry before the Honorable Mary M. Rowland: Motion to enforce settlement hearing set for 2/8/18 at 10:00 AM. Counsel for Plaintiff, David Rimi II, required to appear in person. No leave to appear telephonically will be granted to plaintiff's counsel. Both plaintiffs are required to be present telephonically by calling 866–434–5269, access code 3751971. Plaintiff's local counsel also required to appear in person. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.