UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THU ANH LE and MICHELLE LE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 16-cv-5253 |
| ) | Judge Ellis |
| ) | Magistrate Judge: Rowland |
| DANIEL K. DIEHL, and HUNG V. ) | |
| NGUYEN, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT, HUNG V. NGUYEN'S RESPONSE TO LOCAL RULE 56.1(b)(3)(C) STATEMENT OF ADDITIONAL MATERIAL FACTS**

Now comes the defendant, HUNG V. NGUYEN, by and through his attorneys, LAW OFFICES OF LEE J. SCHOEN, in Response to Local Rule 56.1 (b)(3)(C) Statement of Additional Material Facts, states as follows:

1. Had a least four seconds from his proximity to the 1-41/Delany intersection at the start of the intersections' yellow light and prior to entering the intersection. (See Complaint Doc 1,¶18; Redflex Video; Exhibit Redflex Collision Photo Numbers 1 and 4 (1:16-cv-05253 Document #:16-2):

**RESPONSE:** Disputed, further defendant, HUNG V. NGUYEN, moves to strike this paragraph as an improper material fact which is not supported by admissible evidence.

2. Was at least 380 feet away from the 1-41/Delany intersection when the intersection's light turned yellow (See Complaint Doc 1, ¶ 19; Redflex Video);

**RESPONSE:** Disputed, further defendant, HUNG V. NGUYEN, moves to strike this paragraph as an improper material fact which is not supported by admissible evidence.

1

3. With an unobstructed view of the I-41/Delany intersection, observed two southbound vehicles starting and completing their left turn onto Delany Road while the light was yellow. (See Complaint Doc1, ¶206; Redflex Vide; Exhibit Redflex Collision Photo numbers 2 and 3 (1:16-cv-05253 Document #: 16-2);

**RESPONSE:** Disputed, further defendant, HUNG V. NGUYEN, moves to strike this paragraph as an improper material fact which is not supported by admissible evidence.

4. And yet continued his pace to beat the red light even thought he observed defendant Diehl starting his left turn onto Delany Road when the light turned yellow (See Complaint Doc1, ¶20b; Redflex Video; Exhibit Redflex Collision Photo numbers 4 (1:16-cv-05253 Document #: 16-2):

**RESPONSE:** Disputed, further defendant, HUNG V. NGUYEN, moves to strike this paragraph as an improper material fact which is not supported by admissible evidence.

5. Knew prior to running the red light that in doing so could and would cause great bodily injury and other damages to Plaintiffs (See Complaint Doc1, ¶20c; Redflex Video; Exhibit Redflex Collision Photo numbers 2 and 3 (1:16-cv-05253 Document #: 16-2):

**RESPONSE:** Disputed, further defendant, HUNG V. NGUYEN, moves to strike this paragraph as an improper material fact which is not supported by admissible evidence.

6. With said knowledge consciously and willful choose to enter the I-41/Delany intersection against the red light that was observable from three points of the intersection and as a result caused the injuries to the plaintiffs. Plaintiffs (See Complaint Doc1, ¶20c; Redflex Video; Exhibit Redflex Collision Photo numbers 2 and 3 (1:16-cv-05253 Document #: 16-2):

**RESPONSE:** Disputed, further defendant, HUNG V. NGUYEN, moves to strike this paragraph as an improper material fact which is not supported by admissible evidence.

                                                LAW OFFICES OF LEE J. SCHOEN

                                                By: /s/ Lee J. Schoen
                                                     LEE J. SCHOEN

LAW OFFICES OF LEE J. SCHOEN
Attorney for : Defendant,
200 W. Adams - Suite 2175
Chicago, IL 60606
Phone: (312) 726-5151
Fax: (312) 726-0884
ARDC#2501759